United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Roslyn E Hopson
       Debtor

Case No. 12-20649-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: Feb 09, 2017
                        Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 11, 2017.
db            +Roslyn E Hopson,    1739 North 57th Street,    Philadelphia, PA 19131-3408

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2017 at the address(es) listed below:
          ANN E. SWARTZ    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com, ecfmail@mwc-law.com
          CELINE P. DERKRIKORIAN    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
          DAVID M. OFFEN    on behalf of Debtor Roslyn E Hopson dmo160west@gmail.com, davidoffenecf@gmail.com
          MARISA MYERS COHEN    on behalf of Creditor    Bank of America, N.A. mcohen@mwc-law.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                       TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : |
| | : |
| **ROSLYN HOPSON** | : |
| | : |
| Debtor(s) : | Bankruptcy No. 12-20649 AMC |

**ORDER**

**AND NOW,** this _____ day of _____ 2017, upon consideration of the Chapter 13 Standing Trustee's Application to Terminate Wage Order, it is hereby

**ORDERED,** that the wage order previously entered in this case, directing **Public Health Management Corporation** to make monthly payments to the chapter 13 standing trustee, is hereby terminated.

**BY THE COURT**

_____

**Date: February 9, 2017**

**HONORABLE ASHLEY M. CHAN**
**BANKRUPTCY JUDGE**

cc:   **Debtor**
**Roslyn E Hopson**
1739 North 57th Street
Philadelphia, PA 19131

**Debtor's Employer**
Public Health Management Corporation
1500 Market Street
Center Square East
Philadelphia, Pa. 19102

**Debtor's Counsel**
**DAVID M. OFFEN**
601 Walnut St. Ste. 160 West
Philadelphia, PA 19106

William C. Miller, Esquire
Office of Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105