**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Roslyn E Hopson a/k/a Roslyn Ethel Hopson<br><br>Debtor<br><br>Bank of America, N.A., or its Successor or Assignee<br>Movant<br>vs.<br><br>William C. Miller, Trustee<br>Roslyn E Hopson a/k/a Roslyn Ethel Hopson<br>Respondents | Chapter 13<br><br><br>Bankruptcy No.12-20649-AMC |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

Bank of America, N.A. or its Successor or Assignee, filed a Motion For Relief From the Automatic Stay with the court requesting Relief from the automatic stay as to property at 1739 North 57th Street, Philadelphia, PA 19131.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

    1.    If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before May 11, 2017 you or your attorney must do all of the following:

        (a)    file an answer explaining your position at

            United States Bankruptcy Court
            For the Eastern District of Pennsylvania
            900 Market Street
            Suite 400
            Philadelphia, Pennsylvania 19107

    If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

        (b)    mail a copy to the movant's attorney:

            Celine P. DerKrikorian, Esquire
            McCabe, Weisberg & Conway, P.C.
            123 S. Broad Street, Suite 1400
            Philadelphia, PA 19109
            Phone: 215-790-1010
            Fax: 215-790-1274

    2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

    3.    A hearing on the motion is scheduled to be held before the Honorable Ashely M. Chan on May 16, 2017, at 11:00 a.m. in Courtroom 5, United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, Pennsylvania 19107.

      4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.      You may contact the Bankruptcy Clerk's office at <u>215-408-2800</u> to find out whether the hearing has been canceled because no one filed an answer.

Date: <u>April 27, 2017</u>