**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Roslyn E Hopson a/k/a Roslyn Ethel Hopson<br><br>Debtor<br><br>Bank of America, N.A., or its Successor or Assignee<br>Movant<br>vs.<br><br>William C. Miller, Trustee<br>Roslyn E Hopson a/k/a Roslyn Ethel Hopson<br>Respondents | Chapter 13<br>Bankruptcy No. 12-20649-AMC |

**CERTIFICATION OF SERVICE OF MOTION FOR RELIEF
FROM AUTOMATIC STAY AND CERTIFICATION OF
SERVICE OF NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

I, Celine P. DerKrikorian, attorney for the Movant, Bank of America, N.A., or its Successor or Assignee, hereby certify that I served a true and correct copy of the Motion for Relief from Automatic Stay and Notice of Motion, Response Deadline and Hearing Date, by United States Mail, first class, postage prepaid, and/or electronic means, on the 27th of April, 2017, upon the following:

| | | |
|---|---|---|
| Roslyn E Hopson a/k/a Roslyn Ethel Hopson<br>1739 North 57th Street<br>Philadelphia, PA 19131 | David M. Offen<br>The Curtis Center<br>601 Walnut Street<br>Suite 160 West<br>Philadelphia, PA 19106 | William C. Miller<br>Chapter 13 Trustee<br>1234 Market Street<br>Suite 1813<br>Philadelphia, PA 19107 |

/s/ Celine P. DerKrikorian, Esquire
ANN E. SWARTZ, ESQUIRE, I.D. # 201926
CELINE P. DERKRIKORIAN, ESQUIRE - ID # 313673
ALEXANDRA T. GARCIA, ESQUIRE - ID # 307280
Attorney for Bank of America, N.A.
123 South Broad Street, Suite 1400
Philadelphia, PA 19109
Telephone: (215) 790-1010
Facsimile: (215) 790-1274
Email: ecfmail@mwc-law.com