United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-20649-amc
Roslyn E Hopson                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey              Page 1 of 2              Date Rcvd: Jun 14, 2017
                              Form ID: 138NEW           Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2017.
```
db         +Roslyn E Hopson,    1739 North 57th Street,    Philadelphia, PA 19131-3408
cr          ECMC,   P.O. BOX  16408,   ST. PAUL, MN  55116-0408
12906651   +Acs/Suntrust Bank,    501 Bleecker St,    Utica, NY 13501-2401
13037154   +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
             El Segundo, CA 90245-3504
12955241    BOA MERRILL LYNCH,    c/o Xerox,    P. O. Box 22724,    Long Beach, CA 90801-5724
12906653    Bank of America,    P.O. Box 15222,    Wilmington, DE 19886-5222
12906656   +Children's Hospital of Philadelphia,    3401 Civic Center Boulevard,
             Philadelphia, PA 19104-4319
12908278   +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
12906660   +Credit Acceptance,    Po Box 513,    Southfield, MI 48037-0513
12999724    ECMC,   PO BOX  16408 55116-0408
12966858   +Ginny's,   c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
12906661   +Ginnys,   1112 7th Ave,    Monroe, WI 53566-1364
12906662   +Lease & Rental Mgmt Co,    45 Haverhill St,    Andover, MA 01810-1499
12906663   +Milton Savage, Esquire,    1515 Market Street,    Philadelphia, PA 19102-1932
12906664   +Montgomery Ward,    1112 7th Ave,    Monroe, WI 53566-1364
12966859   +Montgomery Ward,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
12906667    Philadelphia Traffic Court,    800 Spring Garden Street,    P.O. Box 56301,
             Philadelphia, PA 19130-6301
12906669   +Rjm Acq Llc,    575 Underhill Blvd Ste 2,    Syosset, NY 11791-3426
12906670   +Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
12966856   +Seventh Avenue,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933
12906671   +USAA Federal Savings Bank,    9800 Fredericksburg Road,    San Antonio, TX 78288-0002
12906672   +Vacation Charters Ltd,    Po Box 647,    Lake Harmony, PA 18624-0647
12906673   +Verizon Pa,    236 E Town St  #170,    Columbus, OH 43215-4631
12906674    Western Sky Financial, LLC,    612 E. Street,    Timber Lake, SD 57656
12906675   +Xerox Soluti,    Pob 41818,    Philadelphia, PA 19101-1818
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg         E-mail/Text: bankruptcy@phila.gov Jun 15 2017 01:06:45      City of Philadelphia,
             City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2017 01:05:49
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 15 2017 01:06:25      U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12906651   +E-mail/Text: bknotices@conduent.com Jun 15 2017 01:07:06      Acs/Suntrust Bank,
             501 Bleecker St,    Utica, NY 13501-2401
12906652   +E-mail/Text: EBNProcessing@afni.com Jun 15 2017 01:06:04      Afni, Inc.,    Po Box 3427,
             Bloomington, IL 61702-3427
12963526   +E-mail/Text: EBNProcessing@afni.com Jun 15 2017 01:06:04      Afni, Inc.,    PO Box 3667,
             Bloomington, IL 61702-3667
12975341    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 15 2017 01:11:20
             American InfoSource LP as agent for,    Verizon,    PO Box 248838,
             Oklahoma City, OK  73124-8838
12955241    E-mail/Text: bknotices@conduent.com Jun 15 2017 01:07:06      BOA MERRILL LYNCH,    c/o Xerox,
             P. O. Box 22724,    Long Beach, CA 90801-5724
12906658    E-mail/Text: bankruptcy@phila.gov Jun 15 2017 01:06:45      City of Philadelphia,
             1515 Arch Street, 15th Floor,    Philadelphia, PA 19102
13011201   +E-mail/Text: bankruptcy@phila.gov Jun 15 2017 01:06:45
             CITY OF PHILADELPHIA, LAW DEPARTMENT TAX UNIT,    MUNICIPAL SERVICES BUILDING  BANKRUPTCY,
             1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
12906657   +E-mail/Text: equiles@philapark.org Jun 15 2017 01:07:03      City of Philadelphia,
             Parking Violations Branch,    P.O. Box 41819,    Philadelphia, PA 19101-1819
12906659   +E-mail/Text: saratipton@ccsitexas.com Jun 15 2017 01:07:05      Complete Credit Soluti,
             2921 Brown Trl,    Bedford, TX 76021-4174
12906665   +E-mail/Text: bankruptcydepartment@tsico.com Jun 15 2017 01:07:00      Nco Fin/99,    Po Box 15636,
             Wilmington, DE 19850-5636
13042690    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2017 01:10:53
             Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
12948306   +E-mail/Text: equiles@philapark.org Jun 15 2017 01:07:03      Philadelphia Parking Authority,
             3101 Market Street - 2nd floor,    Philadelphia, PA 19104-2806
                                                                                              TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12906654        CAC
12906666        PECO Energy Co.,   P.O. Box 13439
```

```
District/off: 0313-2          User: Stacey              Page 2 of 2                  Date Rcvd: Jun 14, 2017
                              Form ID: 138NEW           Total Noticed: 38

12906668*          Philadelphia Traffic Court,   800 Spring Garden Street,   P.O. Box 56301,
                    Philadelphia, PA 19130-6301
12906676*         +Xerox Soluti,   Pob 41818,   Philadelphia, PA 19101-1818
12906655         ##+Cap One,   Po Box 5253,   Carol Stream, IL 60197-5253
12911229         ##+Rjm Acquisitions Llc,   575 Underhill Blvd, Suite 224,   Syosset, NY 11791-3416
                                                                                         TOTALS: 2, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2017 at the address(es) listed below:
              ANN E. SWARTZ    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              CELINE P. DERKRIKORIAN    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
              DAVID M. OFFEN    on behalf of Debtor Roslyn E Hopson dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DENISE ELIZABETH CARLON    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com
              MARISA MYERS COHEN    on behalf of Creditor    Bank of America, N.A. mcohen@mwc-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Roslyn E Hopson
    Debtor(s)

Bankruptcy No: 12−20649−amc
Chapter: 13

---

### *NOTICE*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 6/14/17

72 − 71
Form 138_new