Certificate Number: 12433-PAE-DE-029559577

Bankruptcy Case Number: 12-20649



12433-PAE-DE-029559577

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 10, 2017, at 9:59 o'clock PM EDT, Roslyn E Hopson completed a course on personal financial management given by telephone by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: July 11, 2017

By: /s/Lisa Susoev

Name: Lisa Susoev

Title: Teacher